

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:22-CR-091-P |
| BRYCE RAWSON (01) | |

## FACTUAL RESUME

### INFORMATION

    <u>Count One</u> – Engaging in illicit sexual conduct in foreign places, in violation of 18 U.S.C. § 2423(c).

### PLEA:

    <u>Count One</u> - Engaging in illicit sexual conduct in foreign places, in violation of 18 U.S.C. § 2423(c).

### PENALTY:

    The minimum and maximum penalties the Court can impose on Count One include:

    a.    imprisonment for a period not more than 30 years;

    b.    a fine not to exceed $250,000, or twice any pecuniary gain to the defendant or loss to the victim(s);

    c.    a term of supervised release of any term of years or life but not less than five years, which is mandatory under the law and will follow any term of imprisonment. If the defendant violates any condition of the term of supervised release, the Court may revoke such release term and require that the defendant serve an additional period of confinement;

    d.    a mandatory special assessment of $100;

    e.    restitution to victims or to the community;

  f.  a second mandatory special assessment of $5,000, unless the Court finds the defendant to be indigent, must also be imposed pursuant to 18 U.S.C. § 3014 for offenses occurring on or after May 29, 2015; and

  g.  costs of incarceration and supervision.

## ELEMENTS OF THE OFFENSE:

To establish the offense alleged in Count One of the Information, the government must prove the following elements beyond a reasonable doubt:

<u>First</u>:  That the defendant is a United States citizen;

<u>Second</u>:  That the defendant traveled in foreign commerce from the United States to El Salvador;

<u>Third</u>:  When the defendant was in El Salvador, he engaged in illicit sexual conduct with a person under the age of 18.

## STIPULATED FACTS:

1. In or about and between July 5, 2018 and August 2, 2018, in the Northern District of Texas, the defendant, Bryce Rawson, a United States citizen, traveled in foreign commerce from the Dallas Fort Worth Airport to El Salvador, and did knowingly and intentionally engage and attempt to engage in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f)(1) with another person, that is, one or more sex acts with Jane Doe, an individual who was then under 18 years of age.

2. Rawson applied and was accepted to participate in a mission trip to El Salvador. On July 5, 2018, Rawson, a United States Citizen, flew from the Dallas Fort Worth Airport to El Salvador via American Airlines.

3. While in El Salvador, Rawson met Jane Doe, a 13-year-old female who was also attending the mission trip. On or about July 17, 2018, Rawson and Doe were on a break, playing in the swimming pool of the hotel where the mission team was staying. Rawson rubbed up against Doe, his hand making contact with Doe's buttocks.

4. On or about July 22, 2018, Doe and Rawson were at the "hope center," a property used by the Christian organization sponsoring the mission trip. While both were standing

on the outside balcony, Rawson started touching Doe's breasts and progressed to moving his hand inside Doe's underwear and digitally penetrated Doe's vagina.

5.   Rawson admits that he acted with the purpose of arousing and gratifying his own sexual desires.

AGREED AND STIPULATED on this __6__ day of __APRIL__, 2022.

_____  
BRYCE RAWSON  
Defendant

_____  
ANDREA ALDANA  
Counsel for Defendant

I have been advised, and understand, that under the Sex Offender Registration and Notification Act, a federal law, I must register and keep the registration current in each of the following jurisdictions: where I reside; where I am an employee; and where I am a student. I understand that the requirements for registration include providing my name, my residence address, and the names and addresses of any places where I am or will be an employee or a student, among other information. I may also be required to provide information about intended travel outside the United States. I further understand that the requirement to keep the registration current includes informing at least one jurisdiction in which I reside, am an employee, or am a student not later than three business days after any change of my name, residence, employment, or student status. I have been advised, and understand, that failure to comply with these obligations subjects me to prosecution for failure to register under federal law, 18 U.S.C. Section 2250, which is punishable by a fine or imprisonment or both.

_____  
BRYCE RAWSON

__04/06/2022__  
Date

I am the defendant's counsel. I have carefully reviewed every part of this Factual Resume with the defendant, including the notice that he is required to register as a sex offender. To my knowledge and belief, my client's decision to enter into this Factual Resume is an informed and voluntary one.

_____  
ANDREA ALDANA  
Attorney for Defendant

__APRIL 6, 2022.__  
Date

Factual Resume – Page 3